FILED'11 FEB 02 14:13 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JAYE DEE GAUCIN,                                                CV. 09-993 AC

        Plaintiff,                                            ORDER

    v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

        Defendant.

REDDEN, Judge:

Magistrate Judge John V. Acosta issued Findings and Recommendation (#14) on January 6, 2011. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

When, as here, no objections are filed, the court is not required to give the record *de novo* review. *Lorin Corp. v. Goto & Co., Ltd.,* 700 F2d 1202, 1206 (9th Cir 1983). *See also Britt v.*

ORDER- 1

*Simi Valley Unified School Dist.,* 708 F2d 452, 454 (9th Cir 1983). I find no error. Accordingly, I adopt the Findings and Recommendation of Magistrate Judge Acosta.

The Commissioner's decision denying benefits is reversed and this matter is remanded for reconsideration in accordance with the Findings and Recommendation.

IT IS SO ORDERED.

Dated this 2 day of February, 2011.

James A. Redden
United States District Judge

ORDER- 2